IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERESA WOODS and VIRGIL WOODS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Court No.: 17-cv-7061 |
| | ) |
| LAWRENCE GRAYSON, Individually and | ) |
| as an agent and/or employee of PDS | ) Honorable Judge Charles R. Norgle, Sr |
| TRANSPORTATION SERVICES, INC., | ) |
| PDS EXPRESS, INC., PD&S, | ) |
| BARR NUNN TRANSPORTATION, INC., | ) |
| KNIGHT TRANSPORTATION, INC., | ) |
| and/or KNIGHT-SWIFT | ) |
| TRANSPORTATION HOLDINGS, INC.; | ) |
| PDS TRANSPORTATION SERVICES, | ) |
| INC.; PDS EXPRESS, INC.; PD&S; | ) |
| BARR NUNN TRANSPORTATION, INC.; | ) |
| KNIGHT TRANSPORTATION, INC.; and | ) |
| KNIGHT-SWIFT TRANSPORTATION | ) |
| HOLDINGS INC., | ) |
| | ) |
| Defendants, | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**

     IT IS HEREBY STIPULATED by and between Plaintiffs Teresa Woods and Virgil Woods and Defendants Lawrence Grayson, PDS Transportation Services, Inc., PDS Express, Inc., PD&S, Barr Nunn Transportation, Inc., Knight Transportation, Inc., and Knight-Swift Transportation Holdings, Inc. as follows:

     WHEREAS, this cause of action arises out of a truck versus motor vehicle collision on Interstate 80 in Des Moines, Iowa on August 21, 2015, which resulted in injuries to Teresa Woods and Virgil Woods.

     WHEREAS, Plaintiffs Teresa Woods and Birgil Woods filed suit against Defendants, Lawrence Grayson, PDS Transportation Services, Inc., PDS Express, Inc., PD&S, Barr Nunn Transportation, Inc., Knight Transportation, Inc., and Knight-Swift Transportation Holdings, Inc. seeking damages purportedly suffered by the Plaintiffs as a result of the collision.

     WHEREAS, Plaintiffs hereby stipulate and agree to the dismissal of Defendants, Lawrence Grayson, PDS Transportation Services, Inc., PDS Express, Inc., PD&S, Barr Nunn Transportation, Inc., Knight Transportation, Inc., and Knight-Swift Transportation Holdings, Inc. from the above captioned matter WITH PREJUDICE pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) with each Plaintiff and Defendant to bear their own costs and attorney's fees.

Dated: June 18, 2019

Respectfully submitted,


___/s/ Larry R. Rogers, Jr._____
Attorneys for Plaintiffs
Larry R. Rogers, Jr.
Jonathan Thomas
POWER ROGERS & SMITH, P.C.
70 W. Madison Street, #5500
Chicago, IL 60602
312-236-9381 (office)
312-236-0920 (fax)


___/s/ Michael LaBarge_____
Michael Raymond LaBarge
Kathleen J. Scanlan
LaBarge, Campbell & Lyon, L.L.C.
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
(t) 312-580-9012

____/s/ Joel Groenewold_____
Joel D. Groenewold
KOPKA PINKUS DOLIN PC
200 West Adams, Suite 1200
Chicago, IL 60606
T: 312.782.9920


_____/s/_Shimon Kahan_____
Alton C. Haynes
Shimon Ben Kahan
John Bernard Racanelli
HAYNES STUDNICKA KAHAN & POULAKIDAS, LLC
200 W Adams St # 2175, Chicago, IL 60606