UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Teresa Woods, et al.
                Plaintiff,

v.                                           Case No.: 1:17−cv−07061
                                                  Honorable Charles R. Norgle Sr.

Lawrence Grayson, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 5, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice to all defendants [86]. Plaintiff and Defendant to bear their own costs and attorney's fees. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.